UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DARREN MONTGOMERY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 11-CV-3266 |
| | ) | |
| DR. OBAISI, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff filed this case while incarcerated in the Logan Correctional Center and has since been released. The Court determined in its merit review that Plaintiff stated an Eighth Amendment claim against Dr. Obaisi for deliberate indifference to Plaintiff's medical need for a soy-free diet.

This case is set for a conference on December 5, 2011, but the conference will be cancelled as unnecessary. Dr. Obaisi has been served and has appeared through counsel, and there are no pending issues to

discuss.

The Court's merit review order concluded that Plaintiff stated a claim only against Dr. Obaisi and not against the other defendants. However, that order did not explicitly dismiss the other defendants. The Court does so now.

IT IS THEREFORE ORDERED:

1) The status conference set for December 5, 2011, is cancelled.

2) Defendants Jennings, Beards, Maggie, Winter, Terry, and Martin are dismissed for failure to state a claim against them, for the reasons set forth in the Court's merit review order dated August 25, 2011.

3) The motion for clarification and to stay time to answer filed by Defendants Beard, et al., is denied as moot (d/e 20).

4) Within 45 days of the entry of this order, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

5) Plaintiff shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by January 31,

2012.

6) Defendants shall disclose expert witnesses and expert testimony pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) by February 29, 2012.

7) Discovery closes June 1, 2012.

8) Dispositive motions are due July 2, 2012.

9) Plaintiff's incarceration limits him to written discovery.  Written discovery must be served on a party at least 30 days before the discovery deadline.  Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery.  See CDIL-LR 26.3.  Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response.  Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

10) A final pretrial conference is scheduled for March 25, 2013, at 1:30 p.m..  Defendants' counsel shall appear in person.  Plaintiff shall appear by telephone conference.  The parties are directed to submit an

agreed, proposed final pretrial order by March 11, 2013.

11) Jury selection and the jury trial are scheduled for April 23, 2013, at 9:00 a.m. before this Court in Springfield, Illinois.


ENTERED:   November 22, 2011

FOR THE COURT:

  s/Sue E. Myerscough  
SUE E. MYERSCOUGH  
UNITED STATES DISTRICT JUDGE
